

**FILED**

FEB - 1 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. E. Riley C60512
(Name of Plaintiff)
P.o. Box 5002
(Address of Plaintiff)
CAliPAtRiA, CA. 92233

vs.

S. KERNAN et Al
W.L. MontgomERY
B. HEdRICk
(Names of Defendants)

2:16 - CV - 197 ___ EFB PC
(Case Number)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☑ Yes    ☐ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff   S. E Riley _____

        Defendants   TERhUNE et. Al _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

U.S. Dist. CT. EASTERN Dist. OF CAl

3. Docket Number  2:06 - CU - 00765 - GEB (GGH)

4. Name of judge to whom case was assigned _____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit ____?_____

7. Approximate date of disposition _____?_____

II. Exhaustion of Administrative Remedies  UCGCB # G625922

   A. Is there a grievance procedure available at your institution?    ☑ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                 ☑ Yes    ☐ No

      If your answer is no, explain why not _____

      _____

   C. Is the grievance process completed?    ☑ Yes    ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official
   position in the second blank, and his/her place of employment in the third blank.  Use item B
   for the names, positions and places of employment of any additional defendants.)

   A. Defendant S, KERNAN _____ is employed as SEC. OF
   CORREC.+ REHAb. _____ at CAl. DEPT. OF CORREC.+ REHAb.

   B. Additional defendants W.L. MONTGOMERY (WARDEN CALIPATRIA
   STATE PRISON) R. HEDRICK (CHIEF DEPUTY WARDEN)
   L. PAUL (ASSOCIATE WARDEN) G. CHAVARRIA (ASSOCIATE
   WARDEN) J. HATFIELD (CAPTAIN) E. URIBE (LT.)
   G.Z. HERNANDEZ (LT.) C. IMADA (SGT.) R. WITTE (C/O)
   R. GARCIA (C/O) J. PRICE (C/O) M. WHITMAN (ASSOC. WARDEN)
   L. NEWMAN (LT.) C. ESPITIA (APPEALS STAFF ANALYST

1 DEFENDANT S. KERNAN (SECRATARY OF CORRECERT-
2 IONS AND REHABILITATIONS) IN his OFFICIAL
3 CAPACITY did willFully, And deliberate, under the
4 color, And Authority of STATE law violate
5 PLANTIFF'S FREEDOM of Religon, Right to REDRESS
6 SEARCH AND SIEZURE, Right to due PROCESS, FREEDOM
7 From Crual PunishmeNT, FREEDOM From Double
8 JEOPARDY, FREEDOM From being bullied. Right
9 to REFUSE MEDICAL tREATMENT. FAiLuRE to
10 PROTECT those under his CARE/CHARGE.
11    S. KERNAN AS SEC: of CORREC. implemented
12 A MANDATORY testing of All inmate And STAFF
13 URINE; supposedly to SEARCH FOR illegAldrugs.
14 This mandatory testing violates PlantiffS
15 SEARCH FREEDOMS. The STAFF whose duty it
16 is to PERFORM the collection of URINE does
17 not give the PERSON whose URINE is tAKEN
18 A RECEIPT FOR the; NOR the REsult(s) OF
19 the test of the URINE, ThereBy violAting
20 unREASONABLE SEARCH + SIEZURE Right(s).
21 IF the URINE is Found to have illegal
22 SUBSTANCE (S) in them; the PERSON is not Allow-
23 Ed AdequAtE inFORMATION to challenge
24 the Findings of the lAbRATORY. CALiPATRIA
25 STATE PRISON hAS RECYCLED AIR + WATER.
26 The policy/Rule AS APPLIED hAS NO EXCEPTION
27 FOR Religous obseRvANCE. The Policy is one
28 OF guilt uNTil PROVEN INNOCENT.

1. DEFENDANT S. KERNAN HAS FAILED to PROTECT
2. PLANTIFF FROM FALSE RULE VIOLATION REPORT(S)
3. FILED by C/O's WITTE, PRICE, AND GARCIA, PLANT-
4. IFF FILED ADMINISTRATIVE APPEALS CONCERNING
5. THE FALSIFICATION OF OFFICIAL STATE DOCUMENT(S)
6. S. KERNAN DID NOT INVESTIGATE THESE CLAIM(S)
7. AS REQUIRED by LAW, KERNAN HAS ALLOWED, AND
8. by INACTION PROMOTED THE AUTHORIZATION OF 9
9. R.V.R (S) FOR REFUSING to give URINE. SOME
10. R.V.R.(S) WERE WRITTEN while PLANTIFF WAS
11. PLACED ON C/C STATUS. PLATIFF HAS been bull-
12. IED, AND HARRASSED, FOR INVOKING his RIGHT(S).
13. PLANTIFF HAS been REMOVED FROM A
14. PAID JOB, lOSS OF AT lEAST 180 dAY(S) OF
15. EARNED CREDIT, CONTACT VISIT, PHONE, AND
16. C.T.Q. 10 dAY(S) AT A TIME FOR EACH R.V.R. THAT
17. THESE ABUSE(S) CONTINUE to THIS dAY. THEY begAN
18. 10-21-14, S. KERNAN HAS ALLOWED THE APPEAL
19. STAFF to UNlAWFULLY SCREEN OUT APPEALS FOR
20. NEFARIOUS REASON(S) SUCH AS ASKING THAT
21. All R.V.R(S) be dismissed, WHEN THE R.V.R. being
22. APPEALED STATES THE dATE OF PREVIOUS R.V.R(S)
23. SEE (602# CAl-15-01404, CAl-C-15-01664, CAl-C
24. -15-19.20. THE ACT OF SCREENING OUT THESE APPEAL(S)
25. WERE done to chill THE RIGHT OF REdRESS.
26. THAT EACH AND EVERY ACT WERE done by AGENT(S)
27. OF C.D.C.R ACTING UNdER COLOR OF STATE lAW.
28. THAT KERNAN KNEW, OR Should'VE KNOWN AbOUT

DEFENDANT S. KERNAN

1  these violations of State and Federal
2  law. That the bullying took place at the
3  tacit approval of S. Kernan. Where plaintiff
4  is scheduled befor board of parole hear-
5  ing 2-26-16. That the multiple R.V.R.(s)
6  for the same offense violates State and
7  federal law. That S. Kernan has the
8  authority, and duty to stop the abuse
9  by his suborinate(s), but failed to do
10 so. Proceedural and substantive due process
11      Defendant S. Kernan is being sued
12 in his official capacity for the sum
13 of $1.5 million, declatory, and injuctive
14 relief are prayed for in this complaint
15 money damages are from V.C.G.C.B. #G625922
16      Defendant S. Kernan failed to give
17 a copy of clean test to inmates who submitted
18 urine as provided by state law. Has not account-
19 ed for all the urine taken from inmates.
20 Has not took adequate precaution(s) to secure
21 the personal information of those who submitted
22 urine for analysis. As part of punishment
23 C.D.C.R. is mandating AA/N.A. which violates
24 religous freedom as established by Fed.
25 court.
26
27
28

DEFENDANTS. KERNAN

1  DEFENDANT W.L. Montgomery (WARDEN CALIPATRIA
2  STATE PRISON) In his OFFICIAL CAPACITY
3  And individually FOR FAILURE to PROTECT, EQUAL
4  PROTECTION, violation(s) OF Religous FReedom
5  SUBSTANTIVE, And PROCEEDURAL due PROCESS
6  CRUEl Punishment, double JEOPARDY, Bullying
7  FALSIFICATION OF document(s), FAILURE to invest-
8  igate Abuse by Agent(s) under his Authority
9  FRom 10-21-14 to the PRESENT, the PLANTIFF
10 hAS bEEN bombARDED with RVR(s) FOR FAILURE
11 to PRovide uRINE FOR uRINE ANAlysis, C/O
12 witte begAN the PROCESS by FAlsifing AN
13 OFFICIAL STATE document R.V.R 10-14-c-068,
14 And hAS steAdily continued thru R.V.R 12-15-c-099
15 C/O witte FAlsified his R.V.R, when PlAtiff
16 COMPlAINED, W.L. Montgomery FAiled to invEstigAte
17 thE incidENT, INSTEAd he confiRmed thE RVR,
18 the EARNEd CREdit loss, loss OF CONTACT, And
19 Non Contact visit(s), PhonE And CTQ, W.L. mont
20 gomERy Also uphEld the tAking OF PLANTiFFs
21 PAid Job ASSignmENT, PlAcEmENT on C/c STATUS
22 whEre PlANtiff wAs continuAlly givEN RVR(s)
23 FOR REFUSING to give uRINE. ThAt All thEsE
24 ACTS wERE donE by AgENt(s) OF C.D.C.R At
25 CAlipAtRIA STATE PRISON; whERE W.L. Montgom-
26 ERy is thE WARDEN. ThAt W.L. Montgomery
27 FAiled to invEstigAte the Abuse, when
28 HE KNEW oR ShOUld'vE KNOWN

1 About the Abuse. That the Agent(s) under
2 his charge bullied and harrased Plantiff
3 with 9 RUR(s) from 10-21-14 to Present.
4 That C/O(s) Witte, Price, and R. Garcia
5 Falsified document(s), did not provide receipts
6 to inmates when taking urine from them.
7 That Chief Deputy B. Hedrick, Assoc. Warden
8 L. Paul, M. Whitman, G. Chauarria in thier official
9 capacity did not ensure that proceedure(s)
10 were followed. That the disciplinary hearing
11 were law full, that all urine samples(s) were
12 accounted for. W. L. Montgomery as warden
13 failed to provide all inmates who submitted
14 urine received a copy of the UA's when
15 they were returned. There by anyone whose
16 test were clean was not given a copy of
17 that test as the law require(s). Those who
18 refuse to give urine are unlawfully punished,
19 severely, and cumulatively. As Plantiff has received
20 9 R.U.R.(s) 2 in the month of Dec. 2016. Plantiff
21 has proof in 602 #CAI-C-15-1708, which was
22 initially screened out by appeals illegally
23 then when the appeal was heard it was
24 proven that C/O R. Garcia falsified the
25 document. Sgt. Imada approved the R.U.R
26 without checking it. LT. E. Uribe found me guilty
27 And assesed 30 days K.G.C. 180 loss contact visits
28 90 day(s) loss phone 10 day(s) CTQ.

DEFENDANT W. L. MONTGOMERY

1. FOR R.U.R 9-15-C-051, CPT. J HATFIELD
2. CONFIRMED THE R.U.R. SO did G. CHAVARRIA AW.
3. ALL AS A MATTER OF COURSE, With NO over-
4. Sight, OF those they ARE SUPPOSED to SUPERVISE.
5. Just Rubber STAMP APPROVAL, The Acts OF
6. these Agent(s) OF C.D.C.R. violate SUBSTANT-
7. ive, And PROCEEDURAL due PROCESS, AS is
8. CUSTOM At CALiPATRiA STATE PRISON.
9. W.L. Montgomery conFIRMED the ~~⬤⬤~~ PLACiNG
10. OF PLANTiFF iN A.A./N.A. List. AGAiNst
11. PLANtiFF'S Religous FREEdom, And objections.
12. These ACTS, And FAiLURE to PROtect From being
13. HARRASSED, And bullied by STATE Agents, ARE
14. deliberate, And designed to CAUSE MENTAL HEALTH
15. PROBLEMS FOR PLANtiFF. WHERE PLANtiFF is
16. scheduled FOR B PH on 2-26-16. The Agents
17. OF C.D.C.R Attempt to MAKE it APPEAR that PLANtiFF
18. HAS AN Alcohol, And OR dRug PRoblem. With no
19. PROOF other than FALSiFiED STATE documents)
20. illegaly STACKED up UPON EACH OTHER. RAiSing
21. PLANtiFF'S CLASSIFICATION SCORE. All these R.U.R(s)
22. ARE bullying tactics. PLANtiFF SEEKS DECLATORY
23. iNjuNctive, And toRT dAMAGES. The toRT dAMAGE
24. is $1.5 million U C G C B # G625922, PLANtiFF
25. HAS JUST RECEiVED ANotHER FALSiFiED R.U.R
26. (SEE R.U.R. 01-16-C-037) Double JEOPARDY
27.
28.

DEFENDANT W.L. MONtGOMERY

1. DEFENDANT B. HEDRICK (CHIEF DEPUTY WARDEN
2. CALIPATRIA STATE PRISON) IN his OFFICIAL, AND
3. Individual CAPACity. OF Chief Deputy WARDEN.
4. Did UNDER the COLOR OF Authority OF STATE
5. LAW, willFully AND negligently violate Plantiff's
6. Right(S); CRUEL PUNISHMENT, EQUAL PROTECTION,
7. Substantive, AND PROCEEDURAL due PROCESS,
8. Religous FREEDOM, FREEDOM From being bullied,
9. STARTiNG on 10-21-14, Agents OF C.D.C.R.
10. c/o Witts Authored An R.U.R. # 10-14-c-068, This
11. R.U.R. WAS A FALSiFiED OFFICIAL STATE document.
12. PLANTiFF consistently STATED this FACT. YET B. HEDR-
13. ick in his OFFICIAL CAPACity AS Chief Deputy
14. WARDEN FAiled to investigate this MATTER. There
15. by Allowing other C.D.C.R. Agents to ~~Perpeta~~
16. PERPetuate this inJUSTICE UPON PLANtiFF.
17. Lt. URibe the hEARiNG OFFICER, G. CHAVARRIA the
18. FAC. CAPT. L. PAUl the Assoc. WARDEN. B. HEDRiCK's
19. FAilure to PROPERly investigate this MATTER
20. CAUSed PLANtiFF significant hardship. Loss
21. OF AN PAiD Job ASSigNMENT, C.T.Q., loss OF
22. contact, AND non contact visits, PLACEMENT on
23. A.A./N.A. list, 30 dAY(S) EARNED CREdit, 90 dAY(S)
24. loss OF PhoNe. These Act(S) WERE compounded
25. by being Put on A mandatory U/A list, where
26. by Agents OF C.D.C.R continuosly ASK FOR
27. URiNE, then Author HARRASSing R.U.R(S) in AN
28. Attempt to bully PLANtiFF into Submission.

1 AS Chief Deputy Warden B. Hedrick has an
2 obligation to uphold the law, and Protect those
3 under his charge/care. Plantiff has consistent-
4 ly claimed the Agents of C.D.C.R. FAlsify
5 state document(s). Appeal Analyst C. Espitia,
6 has been unlawfully screening out Appeals.
7 B. Hedrick is in confirming these Reinstated
8 Appeals; without disciplining or Removing
9 C. Espitia from the Appeals office. Is giving
10 tacit Approval of these unlawful Act(s). There
11 by signaling others that they may violate
12 Plantiff's due Process, and Redress Rights.
13 Appeal # CAl-C-15-1404, CAl-C-15-01664, CAl-C-15-
14 1920, are classic examples. that B. Hedrick knew
15 or should've known About C. Espitia's unlawful
16 Actions. B. Hedrick confirmed the R.V.R's
17 that were authored by C.D.C.R. Agents, upon
18 Appeal. Allowing Plantiff to be harrassed,
19 bullied, mistreated, And denied Substantive,
20 And Procedural due Process Rights in the
21 R.V.R. hearings, And upon Redress. Platiff's
22 Religous Freedoms Are being violated, As
23 C.D.C.R. Agents have placed me on An A.A/N.A.
24 list. Which Plantiff does not Need or want.
25 C.D.C.R. Agent(s) continue to bully And Harr-
26 ASS Plantiff with R.V.R(s) due to Plantiff's
27 Name And number being Placed on A mandat-
28 ory N.A. list. (See R.V.R CI-16-C-037)
          Defendant B. Hedrick

(3.)

1  B HEDRICK is being sued in his OFFICIAL
2  And Individual CAPACITY, PLANTIFF SEEKS
3  declatory, INJUNCTIVE, And tort dAMAGES in the
4  SUM OF $1.5 million vGGCB # 6625922
5  C.D.C.R Agents ARE continously HARRASSiNG
6  And bullying PLANTiFF with R.U.R.(S)
7  B, HEDRICK does not stop them, OR PROtect
8  PLANTiFF FROM these AttACKS. ~~~~ Double
9  JEOPARDY

DEFENDANT  B  HEDRICK

1  DEFENDANT: L. PAUL (ASSOC. WARDEN CALIPATRIA
2  STATE PRISON) IN his OFFICIAL, And Individual
3  CAPACITY is being SUED FOR $1.5 million,
4  ON 12-4-14, L. PAUL did WILLFULLY, And
5  intentionally violate PLANTIFFS EQUAL PROTEC-
6  ion Rights, Substantive AN PROCEEDURAL due
7  PROCESS Right(s), Freedom of Religon Rights,
8  DEFENDANT L. PAUL in his OFFICIAL CAPACITY
9  AS ASSOC. WARDEN C/D Facility (S) did CONFIRM
10 without INVESTIGATION OF WRONGdoing R.U.R
11 # 10-14-C-068. L. PAUL KNEW OR Should'VE KNOWN
12 that C/O R. WITTE FALSIFied the REPORT. L. PAUL'S
13 FAILURE to INVESTIGATE the MATTER has CAUSED
14 SIGNIFICANT HARDSHIP to PLANTIFF. LOSS OF
15 EARNED CREDIT, LOSS OF VISITS, LOSS OF PAID
16 Job ASSIGNMENT, PLACEMENT on MANDATORY U.A.
17 list, PLACEMENT ON A.A./N.A. list which violates
18 FREEDOM OF Religon. L. PAUL KNEW, OR Should'VE
19 KNOWN that his INACTION OF INVESTIGATION
20 would HARM PLANTIFF. The REPORT itself
21 WAS AUTHORED WRONG with the WRONG RULES
22 violated NUMBER.
23    All violations WERE UNDER the COLOR And AUTHORITY
24 OF STATE lAw.
25
26
27
28

1 | DEFENDANT M. WHITMAN (ASSOC. WARDEN
2 | CALIPATRIA STATE PRISON) IN HER OFFICIAL,
3 | AND individual CAPACITY, is being SUE FOR
4 | $1.5 million dollars. M. WHITMAN AS ASSOC.
5 | WARDEN C/D FACILITY ON OR ABOUT 4-16-15
6 | did willFully AND deliberately violate PLANTIFF's
7 | PROCEEDURAL AND SUBSTANTIVE due PROCESS, EQUAL
8 | PROTECTION, CRUEL PUNISHMENT, RELIGOUS FREEDOM.
9 | All violation WERE done UNDER the COLOR AND
10 | Authority oF STATE LAW. M. WHITMAN did AFFIRM
11 | R.U.R. 02-15-C-110, the RULE violated NUMBER
12 | WAS NOT SUBSTANTIATED. The AUTHOR FALSiFied
13 | the REPORT, AS I WAS not in my cell on
14 | 2-28-15. I WAS At my Job ASSIGNMENT.
15 | The REPORTING C/O did NOT Sign the R.U.R.
16 | AS A C.D.C-R AGENT the REPORTING C/O must
17 | Sign the R.U.R. Lt. NEWMAN, CPT. G. CHAUARRIA,
18 | AND ASSOC. WARDEN M. WHITMAN, IN thier
19 | ZEST to PUNISH PLANTIFF CONVIENTLY OVER looked
20 | these TANGIBLE FACTS, PLANTIFF lOSS 30 dAYS
21 | EARNED CREDit, 180 dAYS OF visit(s), 10dAYS C.T.Q.
22 | PLACED ON A MANDATORY U.A. list, PLACED ON
23 | A.A./N.A. list. violAting PLANTiFF's FREEdom
24 | OF Religon. PLANTiFF hAS SUFFERED SigNiFiCANT
25 | hARdShip due to DEFENDANT M. WHITMAN's FAILURE
26 | to UPhold the LAW; lOSS OF PAid Job ASSIGN-
27 | MENT, PLACEMENT ON C/C STATUS. M. WHITMAN
28 | hAd A duty to PROTECT PLANTiFF by Following

1  PROPER PROCEEDURE(S), AND ~~to process~~ dismiss
2  the R.U.R. # 62-15-C-116. INSTEAD M. WHITMAN
3  CHOSE to go with the FLOW, AND NOT HONOR
4  the Rights of PLANTiFF, M. WHITMAN hAd
5  A FEDUCIARY duty, which SHE will FULLY AND
6  deLIBERATEly CHOSE to IGNORE. TO AFFIRM
7  AN R.U.R. WHICH RULE NUMBER is FOR POSSESION
8  oF AN illegAl SUBSTANCE; WHEN the body oF
9  the R.U.R. is FOR NOT PROviding URINE. This
10  SHOWS thAt the AGENT(S) oF CDCR do NOT
11  Ad HERE to LAW OR RULE double JEOPARdy
12  TORT CLAIM # VCGCB 6625922
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT M. WHITMAN

1  DEFENDANT G. CHAVARRIA (CPT./ASSOC. WARDEN
2  CALIPATRIA STATE PRISON) IN his OFFICIAL
3  CAPACITY, And Individually is being SUED FOR
4  $1.5 million dollars FOR Violation OF PROCEED-
5  URAL And Substantive due PROCESS, EQUAL PROTECT-
6  ion, CRUEL PUNISHMENT, Religous FREEDOM, FREEDOM
7  FROM being bullied. On 10-21-14 C/O WITTE AN
8  Agent OF CDCR. did willFully AuthoR A FAlsiFied
9  R.V.R. ON 2-28-15 C/O IbARRA AN Agent OF CDCR.
10 did willFully AuthoR AN R.V.R. that WAS FAlsiFied
11 And not signed by C/O IbARRA. WITTE'S R.V.R.# 10-14-c-
12 068 WAS AFFiRMed by CPT. G. CHAVARRIA ON 12-3-14
13 The body OF the REPORT does not match the RULE
14 Violation NUMBER. C/O. IbARRA's REPORT 02-15-c-110
15 is similiAR. These 2 REPORT(s) were the bASIS FOR
16 PlAntiFF's PLACEMENT ON C/C STATUS. Putting
17 A signifigANt hARDship ON PlAntiFF. HAD G. CHAVARR-
18 iA done his Job ACCORDing to the LAW And Rules
19 PlAntiFF would not hAVE SUFFERED. CPT. G CHAVARR-
20 iA, hAS continuVAlly violAted PlAntiFF's Right(s)
21 by AFFIRMing All R.V.R(s) WRiTTEN ON PlAntiFF
22 concerning URine testing. REFUSing to investig-
23 Ate Any OF the R.V.R(s). G CHAVARRIA Rubber
24 STAMP(s) the R.V.R(s) when they CROSS his
25 Desk. On 9-18-15 C/O R. GARCIA, AuthoRed R.V.R
26 09-15-c-051 A FAlsiFied REPORT. AS is STANDARD
27 PRActice At CAliPATRiA STATE PRISON 'c" FACility.
28 PlAntiFF Filed APPEAl# CAl-c-15-04708

1  C/O R. GARCIA IS AN Agent of C.D.C.R. Filed the
2  FAlSiFiED R.V.R. #09-15-C-051 Sgt. Imada APProved
3  the R.V.R. Lt. Uribe held A hEARiNg on 10-17-15.
4  Finding me guilty ASSESiNg his Punishment
5  on 10-26 CPT. J. Hatfield AFFiRMED. on 10-26-15
6  A.W. G. ChauARRiA AFFiRMED. When PlANtiFF APPEAl-
7  ed #CAl-C-15-0178 the APPEAl WAS gRANtED.
8  AgENT C/O R. GARCiA hAd FAlSiFiED his REPORT.
9  All of the PRocEEduRES thAt WERE SuPPosEd
10 to PRotEct mE FRom being illEgAly PuNishEd hAd
11 bEEN systEMAticAlly violAtEd. PlANtiFF SuFFERED
12 loSS of YARd, PhoNE, CT.Q. duE to A FAlSE
13 REPORT. ThE APPEAl Also showEd thAt C. ESPitiA
14 tRYEd to ScREEN out thE APPEAl uNlAwFully,
15 ANd REMovEd thE ScREEN out ShEEt FRom thE
16 APPEAl. PlANtiFF hAS bEEN hARRASSEd by
17 FAcility "C" stAFF bEcAusE G. ChauARRiA Allows,
18 ANd suPPoRts thiER bullying of PlANtiFF. My Rights
19 hAvE bEEN tRAMPlEd oN ANd G. ChauARRiA doEs
20 Nothing to stop thE AbusE. INstEAd hE ENcouRAgES
21 thE tREAtMENt by his tAcit, ANd couER uP ~~xxxx~~
22 ActioNs. PlANtiFF WAS givEN 2 R.V.P. whilE oN
23 C/C stAtus, G. ChauARRiA iNstEAd of oRdERiNg
24 stAFF Not to AuthoR moRE RVRS AgAiNst PlANtiFF.
25 CoNFiRMEd ANd PuNishEd PlANtiFF. G. ChauARRiA
26 kNEw oR Should'vE kNowN thAt R.V.R. 09-15-C-051
27 WAS FAlSiFiEd Just by chEcKiNg thE bousiNg
28 A siMplE tEst. G. ChauARRiA ChosE to Not ~~xx~~ do

DEFENdANt G. ChauARRiA

1  his Feduciary duty, He chose to willfully And
2  deliberately violate my Right(s). Even now
3  I am still harrassed (See R.V.R. 01-16-C-037)
4  And bullied by C.D.C.R. Agents. G. Chavarria
5  is Aware of the B P H on 2-26-16. He
6  Chooses to Allow his suboRdinate(s) to violate
7  the law, And my Right(s) double Jeopardy
8  TORT claim UCGCB # G 625299

DEFENDANT G CHAVARRIA

1. DEFENdANT J. HATFiEld (Lt./CAPT. CALIPATRIA
2. STATE PRiSON) is being Sued iN his OFFICIAL
3. ANd iNdividuAl CAPACiTY FoR the Sum oF
4. $1.5 milliON FoR vioLATiNg CRuel PuNiSh-
5. mENT, EQuAl PRoTECTiON, PROCEEdurAl Ad SubsTANT-
6. ive DuE PROCESS, ReLigioUS FREEd, FREEdom FRom
7. being bulLied, ON 1-8-15, PlANTiFF WAS cited
8. AN R.V.R. #01-15-C-022, oN 2-1-15 Lt. J. HATFiEld
9. AFFiRmEd, ON 2-24-15 the A.W. dismiSSEd the
10. R.U.R, ON 9-18-15 PlANTiFF WAS cited R.V.R.
11. 09-15-C-651, ON 10-24-15 J. HATFiEld (CPT.) AFFiRm-
12. Ed the R.UR. ON 12-7-15 R.UR 09-15-C-651 WAS
13. dismiSSEd. IN both CASES PlANTiFF's RightS WERE
14. TRAMPlEd oN. Lt./CPT. J. HATFiEld iNtENtioNALLY AlloWEd
15. PlANTiFF's RightS to vioLATEd. WhEN it comES to PlANT-
16. iFF ANd the U.A.'s J. HATFiEld doES NoT PERFoRm
17. the duty(S) ASSigNEd his PoSitioN. CPT. HATFiEld hAS
18. No RESPECT FoR the LAW, oR his duty to uphold the
19. RulE(S) ANd lAWS coNcERNiNg R.U.R. hEARiNg; WhEN
20. it is APPliEd to the PlANTiFF. AlL vioLATioN(S) WERE
21. doNE uNdER the CoLoR ANd AuthoRitY oF STATE
22. lAW. J. HATFiEld's ACTioNS WERE dESigNEd
23. to hARRAS ANd bully PlANTiFF. DoUBle JEoPARdY
24. ToRT ClAim UCGCB #G.625299
25.
26.
27.
28.

1. DEFENDANT E. URIBE (Lt. CALIPATRIA STATE
2. PRISON. IN his individual And OFFICIAL CAPACITY
3. Being SUED FOR $1.5 million TORT.UCGCB#
4. G625922. UNDER the Color And Authority of
5. State law, did willFully VIOLATE PLANTIFF'S
6. FREEDOM FROM HARRASSMENT And bullying, EQUAL
7. PROTECTION, CRUEL Punish menT, double JEOPARDy,
8. FREEDOM OF Religion. ON 11-8-14 Lt. E. URIBE heARd
9. R.U.R 10-14-C-068 which WAS Authored by C/o Witte
10. AN AgenT OF C.D.C.R. FOR REFUSING to PROVIDE
11. URINE FOR testing. This R.U.R. WAS FAlsiFiEd state
12. document. The body of the R.U.R. does not MATCH
13. the Rule violation NUMbER. PlANtiFF told Lt. URIbE
14. that C/o Witte FAlsiFied the documenT. AS the
15. hEARING OFFICER C.D.C.R. AgenT E. URibe did not
16. INVESTIgATE the MATTER. HE SUMMARily FounD
17. PLANtiFF guilty; ASSESSED 30 dAy(S) loSS oF EARNEd
18. CREdiT, 10 dAy(S) loSS oFYARd, 30 dAy(S) loSS OF Phone
19. 90 dAy(S) loSS of VISIT, 90 dAy(S) loSS OF CONTACT viSiT(S)
20. 1 YEAR MANDATORY U.A. PlACEMENT ON A.A./N.A. List.
21. AFTER that Lt. URIbE hEARd SEUERAl MORE
22. R.U.R (S) CONCERNING U.A.(S). EAch time.tAking
23. 30 dAy(S) OF EARNEd CREdiT 90 dAys Phone 180
24. dAy(S) ViSit(S) 180 dAy(S) NON CONTACT 10 dAy(S) CTQ.
25. ON 1 occASSION PlANtiFF WAS on C/C STATUS
26. Lt. E. URibE STATEd "WE will CONTINUE giving you
27. R.UR.(S) And Finding you guilty". URibE'S
28. ACTION(S) VIOLATE STATE And FEdERAl lAW

1 URIBE'S ACTIONS CAUSED PLANTIFF GREAT HARD
2 SHIP. URIBE NEVER CHECKED TO ENSURE THE
3 R.U.R.(S) WERE VALID, HE PUNISHED THE PLANTIFF
4 TO THE MAXIMUM. ON 10-24-15 Lt. URIBE HEARD
5 R.U.R. # 09-15-C-051. AUTHORED BY C/O R GARCIA
6 AN AGENT OF C.DC.R. Lt. URIBE FOUND PLANTIFF
7 GUILTY AND ASSESSED THE MAXIMUM PUNISHMENT.
8 URIBE KNEW OR SHOULD'VE KNOWN THAT R.U.R.
9 09-15-C-051 WAS A FALSIFIED DOCUMENT; AS
10 URIBE HAD HEARD ANOTHER R.U.R. JUST PRIOR
11 TO 09-15-C-051, HE KNEW OR SHOULD'VE KNOWN
12 I WAS NOT IN THE HOUSING UNIT GARCIA SAID
13 I WAS IN. Lt. URIBE HAD PERSONALLY CALLED THE
14 STAFF IN HOUSING UNIT 1 TO HAVE ME RELEASED,
15 YET HE STILL JUDGED ME GUILTY. APPEAL # CAL-C-15-
16 81769 PROVED THAT Lt. URIBE DOES NOT FOLLOW
17 RULE OR LAW, WHEN ADJUDICATING R.U.R.(S) WITH MY
18 NAME AND NUMBER. URIBE'S ACTION(S) HAVE
19 CAUSED PLANTIFF LOSS OF A PAID JOB ASSIGNMENT
20 AND PROPERTY, GREAT HARDSHIP. URIBE HAS HARRASS-
21 ED AND BULLIED PLANTIFF IN AN ATTEMPT TO DAMAGE
22 PLANTIFF'S MENTAL HEALTH, Lt. URIBE HAS PLACED
23 PLANTIFF ON A.A./N.A. LIST AND MANDATORY U.A.
24 Lt. URIBE HAS NO RESPECT FOR PLANTIFF'S RIGHT(S)
25 OR THE LAW, ALL ACT(S) AND/OR OMISSIONS WERE DONE
26 UNDER THE COLOR AND AUTHORITY OF STATE LAW
27
28

DEFENDANT URIBE

1  L. NEWMAN (LT. CALIPATRIA STATE PRISON)
2  In his OFFICIAL AND Individual CAPACITY is
3  being SUED FOR $1.5 million FOR violating
4  PLANTIFF'S PROCEEDURAL AND SUbStANTIVE
5  due PROCESS, EQUAL PROTECTION, CRUEL PUNISHM-
6  ENT, FREEDOM OF Religon, FREEDOM FROM hARRASSM-
7  ENT, AND bullying. On 4-6-15 Lt. NEWMAN held
8  AN R.V.R. # 02-15-C-110 hEARING. THE C.D.C.R
9  AGENT who AUTHORED the R.V.R C/O E. IbARRA
10 did not Sign the R.V.R. the RULE(S) violation. NUMBER
11 did not mAtch the REPORT. L. NEWMAN did not
12 investigate the REPORT Fully. PlANTiFF WAS not
13 IN his Cell on 2-28-15 At 0900. HE WAS At his
14 Job ASSignment, YEt Lt. L. NEWMAN Found PlANTiFF
15 guilty, ASSESED 30dAYS loSS OF EARNED CREdit, 10dAYS
16 CTQ 90 dAYS loSS OF PhONE 180 dAYS loSS OF CONtACt
17 viSit 180 Loss NON CONtACt viSit(S) 1 YEAR. MANdAtORY
18 U.A. REFERAl to U.C.C. FOR C/C StAtus, A.A/N.A.
19 These REPRESENT A Significant hARdShip to PlANtiFF.
20 Lt. NEWMAN REFUSEd to Follow the lAW oR RULES
21 intentionAlly. L. NEWMAN's ACtions wERE donE
22 under the color AND AuthoRity oF StAtE lAW.
23 DEFENdANT NEW mAN ChoSE to intentionAlly
24 violAtE my Right(S). Double JEOPARdY
25 ToRt ClAim UCGCB # G625922
26
27
28

1 DEFENDANT G.Z. HERNANDEZ (LT. CALIPATRIA
2 STATE PRISON) in his OFFICIAL CAPACITY
3 ~~and~~ individually being SUED FOR $1.5 million
4 FOR VIOLATION OF PLANTIFF'S EQUAL PROTECTION,
5 SUBSTANTIVE AND PROCEEDURAL DUE PROCESS,
6 CRUEL PUNISHMENT, FREEDOM OF RELIGON, FREEDOM
7 FROM bullying AND HARASSMENT, double JEOPARDY
8 ON OR ABOUT 7-7-15 I WAS CITED R.V.R.# 07-15-C-
9 013. This R.V.R. WAS AUTHORED by T. GARCIA.
10 AT THE HEARING G. HERNANDEZ FOUND ME
11 guilty OF WHAT I don't KNOW. I WAS ASSESSED
12 30 dAY lOSS OF EARNED CREDIT, 90 Phone
13 10 dAYS C.T.rq. 180 dAYS lOSS OF VISIT. 180 dAY
14 NON CONTACT VISITS. 1 YEAR MANDATORY testing
15 U.A. ~~Also~~ PLACED ON A.A./N.A. list. This R.V.R.
16 I WAS SERVED WAS A JUXAPOSITION OF DIFFERE-
17 NT R.V.R(S) RULES VIOLATED did NOT MATCH the
18 CHARGE. The dATE ON the R.V.R. WAS 6-10-15
19 AUThORED by ANOTHER C/O. AS AGENTS OF C.D.C.R
20 these individuals ARE MAKING UP WAYS to
21 HARRASS AND bully PLANTIFF. Double JEOPARDY
22 is VIOLATED. PROCEEDURAL AND SUbSTANTIVE DUE
23 PROCESS is VIOLATED. There WAS AN INCIDENT
24 PACKAGE CHECKED ON the R.V.R WHICH I did
25 NOT RECEIVE. All these ACT WERE DONE UNDER
26 the COLOR AND AUThORITY OF STATE lAW. G.Z. HERN-
27 ANDEZ KNEW OR ShOULD'VE KNOWN the R.V.R(S) WERE
28 ~~A~~ PIECE MEAL TORT CLAIM VC GCB # G625922

1. DEFENDANT C. IMADA (Sgt. CALIPATRIA STATE
2. PRISON) is SUED IN his OFFICIAL, AND Individ-
3. UAl CAPACITY. FOR the SUM OF $1.5 million
4. FOR violating double JEOPARDY; EQUAl PROt-
5. ECTION, PROCEEDURAl, And Substantive due PROCESS,
6. FREEDOM OF Religon, FREEDOM FROM hARRASSMENT
7. And bullying, CRUEl Punishment. Sgt. C. IMADA
8. hAS APPROUED R.U.R.(S) 10-14-668, 62-15-C-110,
9. 07-15-C-613, 09-15-C-051, And otHERS PlANtiFF
10. hAS RECEiUED. Sgt. C. IMADA hAS A duty to
11. CheCk All the R.U.R.S he APPROUES. SGT. C. IMADA
12. hAS At his disposal All NECESSARY tools to PERFORM
13. his task. Sgt IMADA mEREly RUBBER STAMPS
14. his APPROUAl to the R.U.R.S that hAUE my
15. NAME And NumbER. R.U.R. 09-15-C-051 is A
16. PRIME EXAMPlE; hAd Sgt. IMADA done his Job
17. CORRECTly, thAt R.U.R. WOUld NOt hAUE bEEN APPROUED,
18. UNdER the COlOR And AuthORity OF STATE lAW.
19. Sgt. C. IMADA ChOSE Not to FOllOW the lAW And
20. Rule; thERE by CAuSing PlANtiFF SigNiFiCANt
21. hARDShip. Sgt C. IMADA ChOSE to ignORE
22. his duty intentionally, And willFully;
23. Sgt. IMADA KNEW OR Should'UE KNOWN thAt
24. R.U.R. 09-15-C-051 WAS FAlSiFiED; JUSt AS
25. Sgt. IMADA KNEW OR Should'UE KNOWN I WAS
26. NOt WhERE R. GARCIA SAid I WAS. TORt ClAim
27. VGGC.B #G625922
28.

1  DEFENDANT; R. WITTE ( C/O CALIPATRIA
2  STATE PRISON) UNDER the COLOR AND AUTHORITY
3  OF STATE law, OFFICIAL CAPACITY, AND Individ-
4  UALLY. SUED FOR $ 1.5 MILLION VCGCB# G
5  625922 FOR the VIOLATION OF PLANTIFF'S
6  EQUAL PROTECTION, CRUEL PUNISHMENT, PROCEED-
7  URAL AND SUBSTANTIVE DUE PROCESS, FREED
8  OM OF RELIGON, FREEDOM FROM HARRASSMENT,
9  and BULLYING, doubLE JEOPARDY. ON 10-21-14
10 C/O WITTE diD WILLFULLY, AND INTENTIONALLY,
11 FALSIFY R.V.R.10-14-068. This MALICIOUS ACT
12 HAS led to AN ONGOING HARRASSMENT, bULLYING
13 by othER C.D.C.R AgENTS FOR NOT PROVIDING
14 URINE FOR U.A. AgENT WITTE'S R.V.R. WAS
15 FABRICATED to PLACE PLANTIFF'S BPH in
16 dANGER, THE body OF the REPORT does NOT MATCH
17 the RULES VIOLATED NUMBER. This WAS INTENTIONAL
18 AND it's EFFECTS HAVE BEEN dIRE. PLANTIFF
19 HAS BEEN PLACED ON CIC STATUS loss PAiD
20 Job POSITION, EARNED CREDIT, VISITS, PHONE,
21 AND YARD. C.D.C.R. AGENTS HAVE CITED
22 PLANTIFF NUMEROUS ~~TIMES~~ TIMES. I HAVE BEEN
23 PLACED ON MANDATORY U.A. A.A./N.A LIST(S)
24 PLANTIFF CONTINUALLY RECEIVES HARRASSING
25 R.V.R. (SEE 01-16-C-037)
26
27
28

1. DEFENDANT R. GARCIA (C/O CALIPATRIA STATE
2. PRISON) UNDER THE COLOR AND AUTHORITY
3. OF STATE LAW, in his individual, AND
4. OFFICIAL CAPACITY, BEING SUED FOR the
5. Sum $1.5 million. FOR violating PLANTIFF's
6. PROCEEDURAL AND SUBSTANTIVE DUE PROCESS
7. Right, EQUAL PROTECTION, CRUEL PUNISHMENT
8. FREEDOM OF RELIGON, FREEDOM FROM HARRASSMENT
9. AND bullying. TORT VCGCB# ~~G~~ G 625922
10. R. GARCIA ACTING AS AN AGENT OF CDCR,
11. did willfully, And MALICIOUSLY. FALSIFY AN
12. OFFICIAL STATE document R.V.R# 09-15-C-651
13. This FALSIFIED document WAS PROVEN FALSE
14. ON APPEAL CAL-C-15-0178. C/O GARCIA'S
15. C/O GARCIA'S ACTIONS HAVE CAUSED ME GREAT
16. HARDSHIPS, IN THE FORM OF LOSS EARNED CREDITS
17. LOSS OF YARD, LOSS OF VISIT(S). PLACEMENT ON
18. U.A MANDATORY LIST, A.A/N.A. UNDUE STRESS. I HAVE
19. A B PH HEARING ON 2-26-16, C/O R. GARCIA HAS JUST
20. RECENTLY FABRICATE 3 MORE R.V.R(S) (SEE R.V.R 12-15-C-
21. 099, 01-16-C-004, 01-16-C-637. VIOLATING double
22. JEOPARDY AND STACKING; CUMLATIVE
23.
24.
25.
26.
27.
28.

1  DEFENDANT (J. PRICE C/O CALIPATRIA STATE
2  PRISON) UNDER the COLOR AND AUTHORITY OF
3  STATE lAW individuAlly, AND IN OFFICIAL CAPACITY
4  BEING SUED FOR the SUM oF #1.5 million
5  UCGCB # G625922 FOR violAting PlAintiffs
6  PROCEEDURAl AND SubstAntive due PROCESS Rights
7  EQUAl PROtection, RELigous FREEdom, FREEdom FRom
8  hARRASSmENT AND bullying, Double JEOPARdy
9  ON 5-1-15, R.U.R # 05-15-C-013, And AnotheR
10 R.U.R. 5-B-15, C/O J PRICE AN AgeNT OF CDCR
11 AuthoRED the R.U.R. FOR REFUSing A U.A. ON RELigous
12 And civil Rights gROUND(S), C/O J. PRICE FUlly AWARE
13 OF the MATTER, Chose to cite PlAintiff with AN
14 R.U.R. KNOWING it violATED STATE AND FEDERAl lAW.
15 C/O PRICE'S ACtions CAUSED AN undue hARDShip
16 ON PlAintiff, lOSS OF EARNED CREdit(S) 30 dAys
17 lOSS OF PHONE 90 dAy(S) lOSS OF Visit(S) 180 +
18 180 dAy(S) 10 dAy(S) CT.Q UN WARRANTED STRESS
19 AS B P H APPROACHES ON 3-26-16.
20
21
22
23
24
25
26
27
28

1  DEFENDANT C. ESPITIA (APPEALS STAFF ANALYST
2  CALIPATRIA STATE PRISON) UNDER the COLOR And
3  Authority OF STATE LAW, in his/her individual
4  And OFFICIAL CAPACITY. BEING SUED FOR the
5  Sum OF $1.5 million VCGCB # G625922
6  VIOLATION OF the Right OF REDRESS, EQUAL
7  PROTECTION, CRUEL PUNISHMENT. DEFENDANT
8  C. ESPITIA did willfully, And MALICIOUSLY
9  in VIOLATION OF LAW(S) And RULE
10  ILLEGALY SCREEN OUT APPEALS # CAL-C-15-
11  1404, CAL-C-15-01664, CAL-C-15-1920, CAL-C-
12  15-01708. C. ESPITIA SCREENED out these
13  And other APPEALS. STATING I had to tAKE
14  out All other R.V.R(S). WHEN IN FACT All
15  other R.V.R(S) WERE mentioned in the R.V.R
16  I WAS APPEALING. AS An AGENT OF C.D.C.R.
17  C. ESPITIA VIOLATED PLAINTIFF'S Right(S).
18  PLAINTIFF'S APPEALS WERE unduly held up
19  while the illegal PUNISHMENT WAS ENFOR-
20  CED. C. ESPITIA SENT PLAINTIFF APPEAL # CAL-C-
21  01264 which had been SCREENED OUT, FOR NO
22  good REASON. All OF C. ESPITIA'S ACTION(S) WERE
23  designed to chill my Right OF REDRESS. APPEAL
24  only WHAT C. ESPITIA SAY(S) OR YOU CAN'T APPEAL
25  A SERIOUS R.V.R. PLAINTIFF HAS SUFFERED UNNE-
26  CISSARY hardship loss OF yARd, PHONE, VISIT(S)
27  EARNED CREDIT. due to C. ESPITIA'S INTERFERENCE
28  with the APPEAL PROCESS.

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

SEE ATTACHED EACH DEFENDANT

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

DECLATORY RELIEF in FORM OF RULE(S) ARE illegal, INJUNctive RELIEF iN FORM OF PRohibiting RULES to APPLY, COMPENSATORY RELIEF iN FORM 1.5 millon dollARS PER deFENdANT

Signed this 28 day of JANUARY , 20 16 .

M. Steven E. Riley
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-28-16
(Date)

M. Steven E. Riley
(Signature of Plaintiff)

5

## VERIFICATION
(C.C.P.§ 446 & 2015.5 28 U.S.C. § 1746)

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

I, _Steven E. Riley_____ DECLARE UNDER PENALTY OF PERJURY THAT I AM THE _Plantiff_____ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _28_ DAY OF _January 2016_____ AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA, 92233-5002.

_M.S.S. Riley_____ (DECLARANT/PRISONER)
SIGNATURE

## PROOF OF SERVICE BY MAIL
(C.C.P.§ 1013(a) & 2015.5 U.S.C. § 1746)

I, _Riley, Steven,_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER EIGHTEEN (18) YEARS OF AGE, AND AM/~~AM NOT~~ A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002 CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON, _1-28-16_____, I SERVED THE FOREGOING:

(SET FORTH EXACT TITLE OF DOCUMENT(S) SERVED)
_42 USC § 1983 Complaint + In Forma Papperis_
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002:

_Clerk of the Court_
_U.S. Dist Ct. East. Dist. of Cal_
_501 I St. Suite 4-200_
_Sacramento, CA. 95814-2322_

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE _1-28-16_____

_M. Steven E Riley_____
(DECLARANT/PRISONER)