

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven E. Riley | Civil Action No. 16cv405-MMA-JMA |
| Plaintiff, | |
| V. | |
| S Kernan, Secretary of Corrections and Rehabilitations; W. L. Montgomery, Warden Calipatria State Prison; (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motions to dismiss and DISMISSES Plaintiff's First Amended Complaint without leave to amend. The Clerk of Court is instructed to enter judgment accordingly and close the case.

Date: 8/10/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Finnell-Yepez
A. Finnell-Yepez, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 16-cv-405-MMA-JMA

Steven E. Riley
    Plaintiff
v.
S Kernan, Secretary of Corrections and Rehabilitations; W. L. Montgomery, Warden Calipatria State Prison; B. Hedrick, Chief Deputy Warden; L. Paul, Associate Warden; G Chavarria, Associate Warden; J. Hatfield Captain; E. Uribe, Lt; G.Z. Hernandez, Lt.; C. Imada, Sgt.; R. Witte, C/O; R Garcia, c/o; J. Price, c/o; M. Whitman, Associate Warden; L. Newman, Lt.; C Espitia, Appeals Staff Analyst; S. Cowey, Lieutenant at Calipatria State Prison; C. Macias, Community Resource Manager at Calipatria State Prison; J.L. Prado, Sergeant/Lieutenant of Calipatria State Prison; J. Grima, Correctional Officer at Calipatria State Prison
    Defendants