UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. RILEY,<br><br>         Plaintiff,<br><br>v.<br><br>S KERNAN, et al.,<br><br>         Defendants. | Case No.: 16cv405-MMA-LL<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR HEARING DATE AND TIME FOR MOTION TO COMPEL DISCOVERY**<br><br>**[ECF No. 84]** |

  Presently before the Court is a request from Plaintiff, proceeding pro se, seeking a hearing date and time for a motion to compel discovery. ECF No. 84. Plaintiff states that the parties met and conferred on January 5, 2021 about Plaintiff's claim that Defendants have not complied with interrogatories and have disregarded subpoenas. Id.

  On January 15, 2021, this Court denied Plaintiff's application for a hearing date and time for a motion to compel discovery and instead ordered the parties to meet and confer regarding discovery disputes, and if the dispute is still unresolved, to file a Joint Motion for Determination of Discovery Dispute ("Joint Motion") by February 12, 2021. ECF No. 82. A motion hearing date is not required because the Court indicated that after the Joint Motion is filed, the Court will take the matter under submission and without oral argument, as is allowed pursuant to Civil Local Rule 7.1(d)(1). Id. at 2. If the parties file a

Joint Motion, all current discovery disputes that the parties have met and conferred about may be addressed in the Joint Motion. Accordingly, the Court **DENIES AS MOOT** Plaintiff's request for a hearing date and time for a motion to compel discovery.

**IT IS SO ORDERED**.

Dated: January 28, 2021

Honorable Linda Lopez
United States Magistrate Judge