# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. RILEY,<br><br>                       Plaintiff,<br>v.<br><br>S. KERNAN, et al.,<br><br>                       Defendants. | Case No. 16-cv-405-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 119] |

On December 6, 2021, the Court issued an order granting in part and denying in part Defendants' motion for summary judgment. Doc. No. 106. On December 30, 2021, Defendants filed a notice of interlocutory appeal. Doc. No. 111. Plaintiff and Defendants now jointly move to stay this case pending appeal. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **STAYS** this action pending adjudication of the interlocutory appeal.

      **IT IS SO ORDERED**.

Dated:  January 20, 2022

                                                    HON. MICHAEL M. ANELLO
                                                  United States District Judge