UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE ALLISON H. GODDARD TO MAGISTRATE JUDGE DAVID D. LESHNER | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Allison H. Goddard to the calendar of the Honorable David D. Leshner for all further proceedings. All conferences or hearing dates previously set before Judge Goddard will remain on calendar as scheduled but will be set before Judge Leshner. All dates set before any district judge in the transferred cases will remain unchanged.

| Case No. | Case Title |
|---|---|
| 3:16-cv-405-MMA | *Riley v. Kernan* |
| 3:21-cv-383-WQH | *RevLocal v. Collette v. RC Consulting* |
| 3:21-cv-1541-WQH | *RC Consulting v. Collette, et al.* |
| 3:21-cv-1699-L | *Dalfio v. Barlas, et al.* |
| 3:21-cv-1821-MMA | *In the matter of the Complaint of Russell Corey Roberts for exoneration from, or limitation of, liability* |

1

3:18-cv-00352-AJB-AHG

| | | |
|---|---|---|
| 1 | 3:22-cv-132-BTM | *Gopher Media LLC, et al. v. Bond, et al.* |
| 2 | 3:22-cv-165-TWR | *Ghahremani v. Zoetop Business Co. Ltd.* |
| 3 | 3:22-cv-208-GPC | *Reopen San Diego v. City of San Diego* |
| 4 | 3:22-cv-263-BAS | *Inta, et al. v. Ford Motor Company* |
| 5 | 3:22-cv-604-JLS | *Kinnee v. TEI Biosciences Inc., et al.* |
| 6 | 3:22-cv-733-MMA | *Trujillo v. PHH Mortgage Corp., et al.* |
| 7 | 3:22-cv-748-LL | *Johnson v. LVNV Funding, et al.* |
| 8 | 3:22-cv-856-JLS | *Smith v. Gamboa, et al.* |
| 9 | 3:22-cv-940-W | *Carr v. American Express Co., et al.* |

**IT IS SO ORDERED.**

Dated: August 15, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge